No. 515, Misc. NIENDORF *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Edward T. Mancuso* for petitioner.

No. 523, Misc. VERCELES *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 524, Misc. CHILDS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin; Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 525, Misc. CLINTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 527, Misc. WILLIAMS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 531, Misc. LOVE *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 533, Misc. BARBER *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 534, Misc. LAUGHTON *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 535, Misc. WILLIAMS *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.